1  JOSEPH P. RUSSONIELLO (CSBN 44332)          **E-Filed 2/24/09**
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
5  Telephone: 408-535-5044
   Fax: 408-535-5081
6
7  Attorneys for Federal Defendant

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11  LESA COOPERSMITH,                    )
                                         )
12          Plaintiff,                   )
                                         )
13  v.                                   )    Case No. C08 04677 JF
                                         )
14  UNITED STATES OF AMERICA,            )
    KALERIA GANDZJUK, AS TRUSTEE         )    Stipulation and ~~Proposed~~ Order to Continue
15  OF GANDZJUK FAMILY TRUST AND         )    Case Management Conference
    BING SUNG,                           )
16                                       )    Judge: Hon. Jeremy Fogel
            Defendant.                   )
17  _____ )

18      **WHEREAS,** plaintiff Lesa Coopersmith has filed a lawsuit based upon premise liability

19  and negligence theories against government defendant United States of America (USA), and non-

20  government defendants Kaleria Gandzjuk, as Trustee of the Gandzjuk Family Trust and Bing

21  Sung.

22      **WHEREAS,** defendant USA is a leaseholder of the real property owned by the non-

23  government defendants.

24      **WHEREAS,** defendant USA has appeared in the action.

25      **WHEREAS,** defendant Kaleria Gandzjuk, as Trustee of the Gandzjuk Family Trust has

26  Coopersmith v. USA, et al., Case #C08 04677 JF
    Stipulation and Proposed Order
27  Re: Case Management Conference
    February 2009
28                              Page 1 of 3

1   been served but has not yet appeared.

2        **WHEREAS,** plaintiff will have to amend the complaint filed herein to replace originally

3   named defendant Bing Sung.

4        **WHEREAS,** plaintiff has discovered that Bing Sung is deceased and that title to the real

5   property was actually held in the name of Bing Sung, as Trustee of the Bing Sung Trust.

6        **WHEREAS,** plaintiff has not yet learned who actually is the Successor Trustee of the

7   Bing Sung Trust.

8        **WHEREAS,** both plaintiff and defendant USA believe that all the property owners of the

9   real property are necessary parties to the lawsuit herein.

10       **WHEREAS,** plaintiff and defendant USA believe that it will take at least ninety (90)

11  days to ascertain the name and to serve the Successor Trustee of the Bing Sung Trust and to have

12  all remaining defendants appear.

13       **THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT** the Case

14  Management Conference in the matter herein be continued for ninety (90) days from February

15  27,

16  ///

17  ///

18  ///

19

20

21

22

23

24

25

26  Coopersmith v. USA, et al., Case #C08 04677 JF
    Stipulation and Proposed Order
27  Re: Case Management Conference
    February 2009

28                    Page 2 of  3

1   2009, to May 22, 2009, at 10:00 a.m.

2

3                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
4
        Dated: February 19, 2009         _____/s/_____
5                                        JAMES A. SCHARF
                                         Assistant United States Attorney
6                                        150 Almaden Blvd., Suite 900
                                         San Jose, CA 95113
7                                        Telephone: 408-535-5044
                                         Fax: 408-535-5081
8                                        james.scharf@usdoj.gov

9
                                         RODRIGUEZ & CATANIA
10

11      Dated: February 19, 2009         _____/s/_____
                                         Leigh Rodriguez, Esq.
12                                       Attorney for Lesa Coopersmith
                                         499 Calle Principal, Suite 3
13                                       Monterey, CA 93940
                                         Telephone: 831-655-9500
14                                       Fax: 831-655-9745
                                         attorneyleigh@yahoo.com
15

16      **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Case

17   Management Conference herein shall be continued from February 27, 2009, to May 22, 2009, at
        10:30
18   ~~10:00~~ a.m.

19      Dated: February 23, 2009         _____
                                         JUDGE OF THE NORTHERN DISTRICT
20

21

22

23

24

25

26   Coopersmith v. USA, et al., Case #C08 04677 JF
     Stipulation and Proposed Order
27   Re: Case Management Conference
     February 2009
28                                       Page 3 of 3