LANCE BURROW (CSBN: 94986)
BURROW & SHIMANE
96 North Third Street, Suite 500
San Jose, CA 95112
Telephone: 408.993.8493
Facsimile: 408.993.8496
email: lance@burrow-law.com

Attorneys for Defendant,
Kaleria Gandzjuk, as Trustee of the Gandzjuk
Family Trust

# UNITED STATES DISTRICT COURT

## NORTHER DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *LESA COOPERSMITH,* | Case No.: C08 04677 JF |
| *Plaintiff,* | **STIPULATED** ~~PROPOSED~~ **ORDER** |
| *vs.* | |
| *UNITED STATES OF AMERICA, KALERIA GANDZJUK, AS TRUSTEE OF THE GANDZJUK FAMILY TRUST AND BING SUNG, AS TRUSTEE OF THE BING SUNG TRUST,* | |
| *Defendants.* | |

IT IS STIPULATED AS FOLLOWS:

1. Plaintiff LESA COOPERSMITH, by and through her attorney of record herein Leigh Rodriguez, dismisses defendant KALERIA GANDZJUK, AS TRUSTEE OF THE GANDZJUK FAMILY TRUST without prejudice.

2. Cross-Complainant KALERIA GANDZJUK, AS TRUSTEE OF THE GANDZJUK FAMILY TRUST, by and through her attorney of record herein Lance Burrow, dismisses her Cross-Complaint against Cross-Defendants BING SUNG, AS TRUSTEE OF THE BING SUNG, TRUST, et al. without prejudice.

/////

3. No responsive pleading has been filed or served to the Cross-Complaint.

Dated: _8/17-09_

BURROW & SHIMANE

By: _____
LANCE BURROW
Attorneys for Defendant and Cross-Complainant
Kaleria Gandzjuk, as Trustee of the
Gandzjuk Family Trust

DATED: _8/17/09_

RODRIGUEZ & CATANIA

By: _____
LEIGH RODRIGUEZ
Attorneys for Plaintiff,
Lesa Coopersmith

## ORDER

Based upon the stipulations of counsel, and for good cause appearing,

IT IS ORDERED that the First Amended Complaint is dismissed as to defendant KALERIA GANDZJUK, AS TRUSTEE OF THE GANDZJUK FAMILY TRUST without prejudice.

IT IS FURTHER ORDERED that the Cross-Complaint entitled *Gandzjuk v. Bing Sung, et al.* is hereby dismissed without prejudice.

Dated: _8/18/09_

By: _____
JEREMY FOGEL
Judge of the United States District Court,
Northern District of California

Page 2 of 3

Stipulated Proposed Order
Case No. C08 04677 JF